IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO.: 3:13MJ168

SEALED DOCUMENT : ORDER TO UNSEAL
DOCUMENTS

---

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal, Application for Search and Seizure Warrant, and Search Warrant filed in this matter on March 5, 2013 be unsealed as well as the Return.

IT IS SO ORDERED.

_____
JUDGE MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

FILED 13 JUN 25 AM 11:08